Mary White, Respondent, v. Daniel Murphy, Appellant.—Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Angelo Adamo, Appellant, v. Gaetano Di Pietro, Respondent.—Motion granted, with ten dollars costs. Present—Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

A. B. Barr & Company, Respondent, v. Pierre D. Dumont, Appellant.— Motion granted, with ten dollars costs, unless appellant perfect his appeal within ten days and put the cause at the foot of the calendar for disposition at this term of court, in which case the motion is denied. Present—Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Frank J. V. Beck, Respondent, v. Osias Maller, Appellant.—Motion denied, without costs. Present—Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Fred. Bittman, Respondent, v. Walter F. Duckworth, Appellant.—Motion granted, with costs. Present—Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

William J. Carroll, Respondent, v. The New York, New Haven and Hartford Railroad Company, Appellant.—Motion denied. Present—Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Demuth Glass Manufacturing Company, Appellant, v. Joseph N. Early and Another, Respondents.—Order resettled so as to provide for a reversal of the judgment as well as the order appealed from. Motion for reargument denied, without costs. Present—Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Nellie I. Ensley, Respondent, v. Interborough Rapid Transit Company, Appellant.—Motion denied, with costs. Present—Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

Abraham Gertler, Respondent, v. Brooklyn, Queens County and Suburban Railroad Company, Appellant.—Motion denied, with ten dollars costs. Present —Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Milton J. Gordon, Respondent, v. Louis Shapiro, Appellant.—Motion granted, with ten dollars costs. Present—Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Vincenzo Grillo, Respondent, v. Rose Amelio, Appellant.—Motion granted, with ten dollars costs, unless appellant perfect her appeal within five days and put the cause at the foot of the calendar for disposition at this term of court, in which case the motion is denied, without costs. Present—Woodward, Jenks, Hooker, Gaynor and Miller, JJ.